David A. Katz, SBN 112874
Katz & Associates
433 North Camden Dr., Suite 600
Beverly Hills, CA  90210
Telephone: 310-279-5111, Facsimile: 310-279-5112
Attorney for Defendants (and Claimants)
    Jawid Wahidi,
    LMS International, Inc.,
    Sadiq Wahidi, and
    LA International, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) 2:07-CV-00452-FCD-DAD |
| | ) |
|     Plaintiff, | ) REQUEST TO SUBMIT ON JUNE 4, |
|     vs. | ) 2007, "REPLY TO PLAINTIFF'S |
| | ) OPPOSITION"; DECLARATION; |
| Approximately $15,630.00 in | ) PROPOSED ORDER |
| U.S. Currency, | ) |
| | ) |
| Approximately $8,000.00 in | ) |
| U.S. Currency | ) |
| | ) |
| Approximately $12,639.97 in | ) |
| U.S. Currency, | ) |
| | ) |
| Approximately $60,517.00 in | ) |
| U.S. Currency, | ) |
| | ) |
| Approximately $14,271.00 in | ) |
| U.S. Currency, | ) |
| | ) |
| Approximately $90,000.00 in | ) |
| U.S. Currency, | ) |
| | ) |
| Approximately $1,820.50 in | ) |
| U.S. Currency, | ) |
| | ) |

-1-

|  |  |
|---|---|
| Miscellaneous Smokeless Tobacco Products, | ) ) ) |
| Defendants. | ) ) |
| _____ | ) ) |
| Jawid Wahidi, LMS International, Inc., Sadiq Wahidi, and LA International, Inc. | ) ) ) ) ) |
| Claimants. | ) ) |
| _____ | ) |

Claimants Jawid Wahidi, LMS International, Inc., Sadiq Wahidi, and LA International, Inc., through counsel, hereby request to file, on June 4, 2007, their "Reply to the Opposition to the Motion to Change Venue." This request is based on the attached declaration, and the entire file and record herein.

Dated: June 4, 2007                                                      Respectfully submitted,

 

 

_____/s/_____
David A. Katz
Attorney for Claimants
Jawid Wahidi,
LMS International, Inc.,
Sadiq Wahidi, and
LA International, Inc.

## DECLARATION OF DAVID A. KATZ

I, David A. Katz, declare as follows:

1. I have personal knowledge as to all the facts set forth herein, and if called as a witness I could and would testify thereto.

2. I am an attorney licensed to practice law in the State of California, and a member of the State Bar of California, all four U.S. District Courts in California, and the U.S. Court of Appeals for the Ninth Circuit.

3. I am counsel for claimants in 2:07-CV-00452-FCD-DAD.

4. I received the government's opposition on or about May 25, and I understand that claimants' reply normally would be due Friday, June 1.

5. I could not research, draft, and file claimants' reply by June 1 because I was in trial beginning May 22, 2007, in Santa Ana, California.  The trial, *People v. Chang*, 06-NF1368 (Orange County Sup. Ct.) ended with an acquittal on all counts late afternoon on May 31, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2007                            _____/s/_____
                                               David A. Katz

## PROPOSED ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Claimants may file their "Reply to the Opposition to the Motion to Change Venue" on June 4, 2007.

IT IS SO ORDERED.

Dated:  June 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, David A. Katz, am employed in the county of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My

business address is 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date below, I served the foregoing document described as:

REQUEST TO SUBMIT ON JUNE 4, 2007, "REPLY TO PLAINTIFF'S OPPOSITION"; DECLARATION; PROPOSED ORDER

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

AUSA Kristin S. Door
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

[ ]  (BY MAIL)  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[X]  (BY PERSONAL SERVICE)  I caused such document to be delivered by the Court's ECF mechanism.

[ ]  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 4, 2007         _____/s/_____
                                 David A. Katz
                                 Katz & Associates